**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| DORA ALICIA MOZQUEDA MEDINA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-2224-SLP |
| | ) | |
| TURN KEY HEALTH CLINICS LLC; et al., | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Before the Court are the following: (1) Defendant Chris West's Motion to Dismiss and Brief in Support [Doc. No. 15]; (2) Defendant Martha Stanford's Motion to Dismiss and Supporting Brief [Doc. No. 20]; (3) Defendants Bullard and Gipson's Motion to Dismiss and Brief in Support [Doc. No. 21]; (4) Defendant Josephine Otoo's Motion to Dismiss and Brief in Support [Doc. No. 24]; (5) Defendant Tracy Burton's Motion to Dismiss and Brief in Support [Doc. No. 29]; and (6) Defendant Turn Key Health Clinics, LLC's Motion to Dismiss and Brief in Support [Doc. No. 33].

On October 20, 2026, Plaintiff filed an Amended Complaint. [Doc. No. 37]. "The [A]mended [C]omplaint, as the operative complaint, supersedes the original complaint's allegations[.]" *May v. Segovia*, 929 F.3d 1223, 1229 (10th Cir. 2019). Thus, those allegations are of "no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991). Accordingly, the Motions listed *supra* [Doc. Nos. 15, 20, 21, 24, 29, and 33] are DENIED as MOOT.

IT IS SO ORDERED this 21st day of October, 2026.

SCOTT L. PALK
CHIEF UNITED STATES DISTRICT JUDGE